Bradley J. Stevens – 006723
bstevens@jsslaw.com
Daniel J.F. Peabody – 034638
dpeabody@jsslaaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911
Facsimile: (602) 495-2654

*Attorneys for William R. Herrera,
Viviane Vendrell and Amalia Gonzalez Rato*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ENSO STEEL COMPANY, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:19-bk-14149-BKM<br><br>**WILLIAM R. HERRERA, VIVIAN VENDRELL AND AMALIA GONZALEZ RATO'S JOINDER IN THE US TRUSTEE'S OBJECTION TO DEBTOR'S THIRD MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS** |

Creditors William R. Herrera, Vivian Vendrell, and Amalia Gonzalez Rato ("Creditors"), by and through their undersigned attorneys, hereby file their Joinder in the United States Trustee's December 31, 2019 Objection to Debtor's Third Motion to Extend Time to File Schedules and Statement of Financial Affairs (Dkt. #26) ("Objection"). The substance of this Joinder is set out below.

As Debtor's Motion itself indicates, this is the Debtor's **third** request to extend the deadline to file its Schedules and Statement of Financial Affairs in this chapter 7 case. Debtor filed its first motion to extend on November 20, 2019 (Dkt #14). That motion was granted. Debtor filed its second motion to extend on December 2, 2019 (Dkt # 18). That

second motion was also granted. And this current third motion to extend was filed on December 30, 2019 (Dkt #24).

Each of the three motions indicate that Debtor's principal, Robert Hunt, is experiencing medical difficulties that prevent him from meeting with his counsel to finalize and file the Schedules and Statements. Creditors are sympathetic to Mr. Hunt's condition, but are frustrated and concerned with the ongoing delays that these extensions are causing. Creditors agree with the US Trustee's Objection and urge the Court to adopt the suggested deadlines and consequences if the Debtor does not meet these final filing and 341 meeting deadlines.

DATED this 2nd day of January, 2020.

JENNINGS, STROUSS & SALMON, P.L.C.

By: /s/ Bradley J. Stevens
    Bradley J. Stevens
    Daniel J.F. Peabody
    *Attorneys for William R. Herrera,*
    *Viviane Vendrell and Amalia Gonzalez Rato*

COPIES of the foregoing delivered this 2nd day of January, 2020, via the Court's CM/ECF system on all parties requesting notice.

Thomas H. Allen
David B. Nelson
ALLEN BARNES & JONES, PLC
1850 N. Central Avenue, #1150
Phoenix, AZ 85004
tallen@allenbarneslaw.com
dnelson@allenbarneslaw.com
*Attorneys for Debtor*

2
Case 2:19-bk-14149-BKM    Doc 29    Filed 01/02/20    Entered 01/02/20 17:15:55    Desc
Main Document    Page 2 of 3

Patrick T. Derksen
WITTHOFT DERKSEN, PC
3550 North Central Avenue, Suite 1006
Phoenix, AZ 85012
pderksen@wdlawpc.com
*Attorneys for Chapter 7 Trustee Jill Ford*

Synchrony Bank
c/p PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

Ilene J. Lashinsky
United States Trustee
District of Arizona

Larry Watson
Trial Attorney
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
Larry.Watson@usdoj.gov

Aaron T. Lloyd
Adrianna Griego Gorton
GREENBERG TRAURIG, LLP
2375 East Camelback Road, #700
Phoenix, AZ 85016
lloyda@gtlaw.com
gortona@gtlaw.com
*Attorneys for Millennial Capital Management, LLC*

RAS CRANE, LLC
10700 Abbot's Bridge Road, Suite 170
Duluth, GA 30097
eelam@rascrane.com
*Attorneys for Deutsche Bank Trust Company Americas,
as Trustee for Residential accredit Loans, Inc., Mortgage
Asset-Backed Pass-Through Certificates, Series 2006-Q010*

 /s/ Bradley J. Stevens