Patrick T. Derksen (State Bar I.D. No. 023178)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: pderksen@wdlawpc.com

Attorneys for Trustee, Jill H. Ford

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| ENSO STEEL COMPANY, LLC, | Case No. 2:19-bk-14149-BKM |
| Debtor. | **NOTICE OF TRUSTEE'S SALE** |
| | **(25% INTEREST IN GREAT WESTERN STEEL, LLC)** |

NOTICE IS HEREBY GIVEN, pursuant to Section 363 of the United States Bankruptcy Code, Bankruptcy Rule 6004 and Local Bankruptcy Rule 6004-1, that property belonging to the estate of the above-named debtor will be sold to the person making the highest and best offer on **July 30, 2021, at 8:30 a.m. (Phoenix time)**. The sale will be conducted telephonically only. Bidders may participate in the sale by connecting to a conference call at the foregoing date and time. The conference call may be accessed by calling: (310) 372-7549, wait for the prompt, then enter access code 831482 and then press #.

Property to be sold: The estate's 25% interest in Great Western Steel, LLC ("Entity Interest"). *See*, Docket No. 38 at p. 2. Great Western Steel, LLC owns 100% of GWS Trading, LLC. GWS Trading, LLC holds title to approximately 161 acres of real property with a purported address of 16906 Hwy 5 North in Logansport, Louisiana ("Louisiana Property"). A further description of the Louisiana Property is attached hereto as **Exhibit A** and incorporated herein by this reference.

Terms of Sale: Cashier's check within 3 days of sale, payable to "Jill H. Ford, Trustee." The sale is "AS IS, WHERE IS" without any representations or warranties of any kind or nature. The sale is subject to all liens, claims and interests, including, but not limited to,

the rights of any co-owner, co-holder and any restrictions which may be imposed by an applicable agreements or laws. The Trustee does not know of any liens against the Entity Interest at this time. The Trustee is not aware of a recent appraisal of the property. Interested parties are expected to conduct their own due diligence.

All sales are subject to Trustee's final approval. The property to be sold will be conveyed by an Assignment executed by the Trustee.

The Trustee may establish minimum bidding intervals at the sale in the Trustee's discretion. All bidders will be held strictly liable for any bid submitted. Each party that places a bid shall provide their name, e-mail and phone upon placing their initial bid. If a party other than the current buyer is the highest bidder and does not close the sale, the Trustee reserves the right to proceed to the next highest bid received and close with that bidder, which will be reflected in the report of sale to be filed by the Trustee.

<u>To</u>: William Reeser and/or assignee.

<u>Purchase Price</u>: $500.00, or any person making a higher and better offer. The contemplated sale is subject to higher and better bids. The property to be sold will be offered to the person making the highest bid at the sale.

<u>Inquiries</u>: Contact the Trustee's counsel, Patrick T. Derksen, Witthoft Derksen, P.C., 3550 N. Central Ave., Suite 1006, Phoenix, AZ 85012. Telephone: (602) 774-3555. E-mail: pderksen@wdlawpc.com

    The prospective buyer is not an insider. All sales are subject to sales tax unless the property being sold is tax exempt or a resale number is used as proof of exemption.

    The proceeds from the sale of the property shall be paid directly to the Trustee and retained by the estate. The bankruptcy estate is the only entity known or believed to hold interests in the property to be sold. No compensation will be paid from the sale proceeds. The Trustee is not aware of a formal appraisal of the property to be sold. No motion for stay relief has been filed with respect to the property to be sold.

    Any person opposing the sale shall file a written objection with the Clerk of the U.S. Bankruptcy Court, 230 N. First Ave., Suite 101, Phoenix, AZ 85003 and mailed to the Trustee's counsel, Patrick T. Derksen, Witthoft Derksen, P.C., 3550 N. Central Ave., Suite 1006, Phoenix, AZ 85012. Any such objection must be filed and served within 21 days of the date of this Notice. If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale date, bids will still be taken and the sales procedure

followed. The closing of the sale will be dependent upon the outcome of the Court hearing on the objection.

Dated: June 15, 2021.  **WITTHOFT DERKSEN, P.C.**

By /s/ Patrick T. Derksen     #023178
    Patrick T. Derksen
    Attorneys for the Trustee, Jill H. Ford

**THIS SALE NOTICE WAS MAILED TO ALL INDIVIDUALS ON THE DISTRICT OF ARIZONA BANKRUPTCY COURT'S MATRIX MAILING LIST BY THE BANKRUPTCY COURT NOTICING CENTER.**

# Exhibit A

**Desoto Parish - Tax Notice Inquiry**
8/19/2017 6:13:19 PM

**Tax Notice#** 20986

**Tax Year** 2016

**Taxpayer**

GWS TRADING, LLC
C/O ADAIR ASSET MANAGEMENT, LLC/BMO
C/O BMO **
P.O. BOX ****
MINNEAPOLIS MN *****-****

| Taxes | Interest | Cost | Other | Paid | Balance |
|---|---|---|---|---|---|
| 60,918.00 | 0.00 | 200.32 | 0.00 | 61,118.32 | 0.00 |

## Legal

BEG AT PT N 00 DEG 14 MIN 50 SECONDS W
1145.05 FT FR SW COR SEC 23 T12 R16
ON E/R/W/L LA HWY 5, TH S 89 DEG 46 MIN 14
SECONDS E 1716.23 FT & ON SAME
COURSE 125.98 FT, FOR TOTAL OF 1842.21 FT
ON E/B/L SOUTHERN PACIFIC RR R/W,
TH N 31 DEG 03 MIN 46 SECONDS E WITH E/B/L
R/W 1536.82 FT, TH N 00 DEG
19 MIN 11 SECONDS E BEING SE COR SE NW
SEC 23 & ON SAME COURSE 1320 FT,
FOR TOTAL OF 1541.64 FT TO NE COR SE NW
SEC 23, TH N 00 DEG 23 MIN 00
SECONDS E 924.66 FT, TH S 89 DEG 35 MIN 40
SECONDS W ON E/R/W LA HWY 5
1326.13 FT & ON SAME COURSE 54.11 FT, FOR
TOTAL OF 1380.24 FT TO PT IN C/L
HWY, TH WITH C/L S 21 DEG 02 MIN 06
SECONDS W 2359.06, TH S 16 DEG 56 MIN
45 SECONDS W 1013.59 FT, S 16 DEG 50 MIN 12
SECONDS W 443.13 FT TO W/L
SEC 23, TH WITH W/L, S 00 DEG 16 MIN 14
SECONDS E 169.98 FT TO BEG, CONT 1
167.133A, LESS 1A IN SW NW SEC 23, LEAVING
166.133A (552-899)(559-706)
LESS 4.431A MORE OR LESS (806-139)

LEAVING 161.702 ACRES (902-58)(1225-511,529) SOLD 1% INT. @ PARISH TAX SALE MAY 14, 2014 FOR 2013 PARISH TAXES (TO) LA PROPERTY ACQUISITION & MANAGEMENT, L.L.C. (1252-237) SOLD 100% INT. @ PARISH TAX SALE MAY 13, 2015 FOR 2014 PARISH TAXES (TO) ADAIR ASSET MANAGEMENT, L.L.C./BMO (1273-700).

## Parcels

| Parcel# | Address | % Tax |
|---|---|---|
| 0801163680 | | 100.0000 |

## History

| Date | Description | Amount |
|---|---|---|
| 10/14/2016 | ORIGINAL TAXES | 54,727.05 |
| 2/2/2017 | CERTIFIED FEES | 14.32 |
| 4/11/2017 | AD FEES | 6.00 |
| 4/25/2017 | AD FEES | 6.00 |
| 5/10/2017 | DEED FEE | 65.00 |
| 5/10/2017 | TAX SALE RECORDING FEE | 22.00 |
| 5/22/2017 | REDEMPTION FEE | 65.00 |
| 5/22/2017 | REDEMPTION RECORDING FEE | 22.00 |
| 5/22/2017 | REDEMPTION PAYMENT 2016 | -54,927.37 |
| 5/22/2017 | INTEREST CHARGE 2016 | 6,190.95 |
| 5/22/2017 | INTEREST PAYMENT 2016 | -6,190.95 |

## Items

| Class | Value | Units | Homestead |
|---|---|---|---|
| 09 SUBURBAN LAND | 16,200 | 162.00 | 0 |
| 40 MFG. PLANTS | 463,904 | 1.00 | 0 |