Jill H. Ford
Chapter 7 Trustee
P.O. Box 5845
Carefree, AZ 85377
Telephone: (480) 575-8250
email: jford@trustee.phxcoxmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

IN RE:

ENSO STEEL COMPANY, LLC

        Debtor(s)

Chapter 7

Case No. 19-14149-PHX BKM

REPORT OF TRUSTEE'S SALE

 

JILL H. FORD, Trustee, makes report of sale of certain assets of the debtor

at Trustee's Sale held telephonically on July 30, 2021 at 8:30 AM (Phoenix time).

PURCHASER:                          William Reeser

DESCRIPTION OF ASSETS SOLD:   The estate's 25% interest in Great Western

Steel, LLC ("Entity Interest"). See, Docket

No. 38 at p. 2.  Great Western Steel, LLC

owns 100% of GWS Trading, LLS. GWS

Trading, LLC holds title to approximately

161 acres of real property with a purported

address of 16906 Hwy 5 North in

Logansport, Louisiana ("Louisiana

Property"). A further description of the

Louisiana Property is attached hereto as

Exhibit A and incorporate herein by this

reference.

PRICE:                              $6,000.00

The Trustee reports that she has received payment of the purchase price.

August 16, 2021                     Jill H. Ford
Date                                JILL H. FORD, Trustee


FORMS\UST10SAL.RPT